AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 08 CV 5595

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
DEFENDANT CHINA 1221 INC. d/b/a CHINA FUN

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/27/2008 | *[signature]* |
| Date | Signature |
| | HUGH H. MO — HM 0425 |
| | Print Name / Bar Number |
| | 225 BROADWAY, SUITE 2702 |
| | Address |
| | NEW YORK / NEW YORK / 10007 |
| | City / State / Zip Code |
| | (212) 385-1500 / (212) 385-1870 |
| | Phone Number / Fax Number |