FROM :The-Law Firm of Hugh H Mo   Case 1:08-cv-05595-PKC   FAX NO. :2123851870   Document 4   Filed 07/02/2008   Jul. 01 2008 02:32PM P3   Page 1 of 1

07-01-08;01:58PM;                                                 ;8465125603                # 2/  2

FROM :The-Law Firm of Hugh H Mo        FAX NO. :2123851870

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JOSE HUMBERTO QUINTANILLA,

          Plaintiff,

-against-

CHINA 1221 INC. d/b/a CHINA FUN,

          Defendant.
----------------------------------------X

08 CIV. 5595 (PKC)

**STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

It is hereby stipulated and agreed by and between the undersigned, counsel for the parties herein, that:

1. Defendant CHINA 1221 INC. d/b/a CHINA FUN's time to answer or otherwise respond to Plaintiff's Complaint is hereby extended up to and including July 31, 2008.

2. A facsimile copy of this stipulation and the signatures appearing thereon may serve as an original to be filed without further notice with the Court.

Dated:     New York, New York
          July 1, 2008

LAW OFFICES OF ROBERT L. KRASELNIK, PLLC

By: Robert L. Kraselnik, Esq. (RK 0684)
Attorneys for Plaintiff
40 Wall Street, 28th Floor
New York, New York 10005
(212) 400-7160

THE LAW FIRM OF HUGH H. MO, P.C.

By: Hugh H. Mo, Esq. (HM 0425)
Attorneys for Defendant
CHINA 1221 INC. d/b/a CHINA FUN
225 Broadway, Suite 2702
New York, New York 10007
(212) 385-1500

SO ORDERED:

_____
Hon. P. Kevin Castel, U.S.D.J.

July __, 2008