UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOSE HUMBERTO QUINTANILLA, Plaintiff, <br><br> -v.- <br><br> CHINA 1221 INC. d/b/a CHINA FUN <br> Defendant. | Case No. 08-CV-5595 (PKC) <br><br> **Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Defendant CHINA 1221 INC. d/b/a CHINA FUN     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** 07/01/08

Signature of Attorney

Attorney Bar Code: HM 0425

Form Rule7_1.pdf   SDNY Web 10/2007