**MEMO ENDORSED**

# THE LAW FIRM OF HUGH H. MO, P.C.
225 BROADWAY
SUITE 2702
NEW YORK, NEW YORK 10007
(212) 385-1500

FAX: (212) 385-1870 / EMAIL: hhmo@verizonmail.com

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____       │
│ DATE FILED: 8/25/08         │
└─────────────────────────────┘
```

August 19, 2008

<u>Via Facsimile (212) 805-7949</u>
Hon. P. Kevin Castel, U.S.D.J.
U.S. District Court – S.D.N.Y.
500 Pearl Street
New York, New York 10007

RE:  <u>Jose Humberto Quintanilla v. China 1221 Inc. d/b/a China Fun</u>
     <u>USDC-SDNY</u>
     <u>08 CV 5595 (PKC)</u>

Dear Judge Castel:

We are the attorneys for defendant China 1221 Inc. d/b/a China Fun in the above-referenced action.

The parties are currently scheduled to appear before Your Honor for an initial pretrial conference on Thursday, August 28, 2008 at 10:15 a.m.

We respectfully request an adjournment of the initial pretrial conference to Friday, September 26, 2008 at 12:15 p.m. *PKC* *PKC*

This is our first request for an adjournment, and plaintiff's counsel has kindly given his consent to this adjournment.

Thank you for your attention and consideration herein. Should you have any questions, please call.

Very truly yours,

Hugh H. Mo

cc:  Robert L. Kraselnik, Esq.
     (212) 400-7162

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
8/25/08